## COMMONWEALTH v. NORTH PENNA. R. CO.

APPEALS BY PLAINTIFF AND DEFENDANT FROM THE COURT
OF COMMON PLEAS OF DAUPHIN COUNTY.

Argued June 6, 1889—Decided October 7, 1889.

Commonwealth v. Lehigh V. R. Co., ante, 429, followed.

Before STERRETT, CLARK, WILLIAMS, McCOLLUM and
MITCHELL, JJ.

Nos. 39, 47 May Term 1889, Sup. Ct.; court below, No.
509 September Term 1887, C. P.

On April 13, 1887, upon report made, the auditor general
and state treasurer stated and entered a settlement of account
for taxes against the North Pennsylvania Railroad Co., of three
mills upon the nominal value of scrip, bonds, and certificates of
indebtedness, owned by residents of Pennsylvania, per § 4, act
of June 30, 1885, P. L. 193, for the year ending first Monday
November, 1886. From this settlement the defendant company
appealed. The cause was submitted to the decision of the court,
without a jury, under the provisions of the act of April 22,
1874, P. L. 109. The specifications of objection to the settle-
ment, the decision of the court below, SIMONTON, P. J., the
exceptions thereto filed by the plaintiff and defendant, the
opinion of the court below disposing of the exceptions, and the
final judgment, raised essentially the same questions raised in
Commonwealth v. Lehigh V. R. Co., ante, 429.

Judgment having been entered in favor of the commonwealth
for the tax on $5,547,500, for ten twelfths of a year, with
attorney general's commissions and interest, total, $17,317.45,
the defendant company took the appeal to No. 39, and the
commonwealth took the appeal to No. 47, the assignments of
error filed raising essentially the same questions with those filed
in the case referred to.

*Mr. Wm. B. Lamberton* (with him *Mr. George R. Kaercher*),
for the North Penna. R. Co

Syllabus.

*Mr. William S. Kirkpatrick*, Attorney General, and *Mr. John F. Sanderson*, Deputy Attorney General, for the commonwealth.

### COMMONWEALTH'S APPEAL.

OPINION, MR. JUSTICE CLARK:

For the reasons given in our opinion filed in the Commonwealth's Appeal in case of Commonwealth v. Lehigh Valley Railroad Co., argued at this term and not yet reported [ante, 445], this case is reversed and judgment is now entered in favor of the Commonwealth of Pennsylvania for the sum of twenty-three thousand, two hundred and forty-four dollars, with interest according to law, and costs.

| | |
|---|---|
| Tax at 3 mills, . . . . . . | $16,642.50. |
| Penalty 10 per cent, `. . . . .` | 1,664.25. |
| Atty. General's commissions, . . . | 832.12. |
| Interest at 12 per cent, . . . . | 4,105.20. |
| | $23,244.00. |

### NORTH. PENNA. R. CO.'S APPEAL.

OPINION, MR. JUSTICE CLARK:

For reasons given in Lehigh V. R. Co.'s Appeal in the case of Commonwealth v. Lehigh V. R. Co., argued at this term and not yet reported, [ante, 454,]

The judgment is affirmed.